
FILED

FEB 2...

Cler...
Distric...  ...ts
Missoula ...

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ALTA JOY LOAGUE and ROBERT W. LOAGUE,<br><br>Plaintiffs,<br><br>vs.<br><br>ETHICON, INC., and JOHNSON & JOHNSON,<br><br>Defendants. | CV 20–07–M–DWM<br><br>ORDER |

Plaintiffs move for the admission of Lee Balefsky to practice before this Court in this case with John Fitzpatrick to act as local counsel. Mr. Balefsky's application appears to be in order.

Accordingly, IT IS ORDERED that Plaintiffs' motion to admit Lee Balefsky *pro hac vice* (Doc. 51) is GRANTED on the condition that Mr. Balefsky shall do his own work. This means that Mr. Balefsky must do his own writing; sign his own pleadings, motions, and briefs; and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Balefsky within fifteen (15) days of the date of this Order, files a notice acknowledging his admission under the terms set forth above.

DATED this 21st day of February, 2020.

Donald W. Molloy, District Judge
United States District Court