

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ALTA JOY LOAGUE and ROBERT W. LOAGUE,<br><br>Plaintiffs,<br><br>vs.<br><br>ETHICON, INC., and JOHNSON & JOHNSON,<br><br>Defendants. | CV 20–07–M–DWM<br><br>ORDER |

Defendants move for the admission of Anita Modak-Truran to practice before this Court in this case with Maxon Davis to act as local counsel. Ms. Modak-Truran's application appears to be in order.

Accordingly, IT IS ORDERED that Defendants' motion to admit Anita Modak-Truran *pro hac vice* (Doc. 54) is GRANTED on the condition that Ms. Modak-Truran shall do her own work. This means that Ms. Modak-Truran must do her own writing; sign her own pleadings, motions, and briefs; and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

1

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Modak-Truran within fifteen (15) days of the date of this Order, files a notice acknowledging her admission under the terms set forth above.

DATED this 24th day of February, 2020.

Donald W. Molloy, District Judge
United States District Court