IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ALTA JOY LOAGUE and ROBERT W. LOAGUE,<br><br>Plaintiffs,<br><br>vs.<br><br>ETHICON, INC., and JOHNSON & JOHNSON,<br><br>Defendants. | CV 20–07–M–DWM<br><br>ORDER |

The parties having filed a stipulation for dismissal pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs. All pending motions are MOOT and all deadlines are VACATED. The December 7, 2020 jury trial is VACATED.

DATED this 8th day of June, 2020.

_____
Donald W. Molloy, District Judge
United States District Court